**[NEW] Bankruptcy Form 1007-7.1 (Added Per GPO 2013-1)**

# United States Bankruptcy Court
## District of Colorado

In re **Visual Health Solutions Inc.**,
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
                                                      Debtor

Address **1300 Riverside Avenue, Suite 101
Fort Collins, CO 80524**

Last four digits of Social-Security or Individual TaxPayer-Identification (ITIN) No(s).,(if any):

Employer's Tax-Identification (EIN) No(s). (if any): **84-1525504**

Case No. **17-18643-EEB**
Chapter **11**

## DISCLOSURE REGARDING RECEIVERS

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7: Check applicable box:

☑ No receiver is in possession of debtor's property

☐ A receiver is in possession of all or part of the debtor's property:

Identification (by address or legal description) of property(ies):

Name of Creditor:

Name, Address and Telephone Number of Receiver:

Attorney for Receiver (if any):

Name, Address and Telephone Number of Attorney:

Date of Appointment of Receiver:

Court Appointing Receiver and Case No:

Dated: **September 18, 2017**

By: **/s/ Paul Baker, CEO**

Signature of Debtor

| | |
|---|---|
| Dated: **September 18, 2017** | By: |
| | Counsel to Debtor |
| | /s/ Aaron A. Garber |
| | Aaron A. Garber, #36099 |
| | 999 18th Street, Suite 1230 |
| | Denver, CO 80202 |
| | T- 720-381-0045 |
| | F -720-381-0385 |
| | Aaron@bandglawoffice.com |

**101-A**