**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Visual Health Solutions Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of West Dept LA 23091 Pasadena, CA 91185** | | | | **$30,420.25** | **$0.00** | **$30,420.25** |
| **Bradley Leffler 9355 Charter Crossing Drive Mechanicsville, VA 23116** | | **Unpaid service fees Notes Payable** | | | | **$19,286.00** |
| **Bruce Muskin 12846 Jackson St Omaha, NE 68154** | | **Notes payable** | | | | **$107,850.00** |
| **Colorado Business Bank 224 Canyon Ave, Suite 100 Fort Collins, CO 80521** | | **Substantially all assets** | | **$1,379,645.00** | **$300,000.00** | **$1,079,645.00** |
| **Daniel Engle 2653 Broadway Evanston, IL 60201** | | **Notes payable** | | | | **$64,500.00** |
| **EntreMed P.O. Box 5679 Eagle, CO 81631** | | **Unpaid service fee** | | | | **$139,104.88** |
| **Family Restaurants, Inc. 2706 W. Colfax Ave. Denver, CO 80204** | | **intellectual property and proceeds therefrom** | | **$1,379,645.00** | **$300,000.00** | **$1,379,645.00** |
| **Frank Cohen 8100 E Union Ave Unit 1803 Denver, CO 80237** | | **Notes payable** | | | | **$61,500.00** |
| **Fred Kellogg 3 Hickory Tree Lane Far Hills, NJ 07931** | | **Notes Payable** | | | | **$54,500.00** |
| **Freeman Spicer Inc. 316 S Eddy Street South Bend, IN 46617** | | **Notes payable** | | | | **$83,525.26** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Visual Health Solutions Inc.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HealthGuru/Kitara Media LLC PO Box 842224 Boston, MA 02284 | | Notes payable | | | | $187,500.00 |
| IRS 600 Seventeeth Street Denver, CO 80202 | | Taxes | | | | $48,095.58 |
| Jack McTavish PO Box 4344 Eagle, CO 81631 | | Notes payable | | | | $30,993.70 |
| Motocol LLC 7951 E Maplewood Ave Suite 328 Englewood, CO 80111 | | Unpaid trade debt | | | | $166,278.00 |
| Nathaniel Cobb Trust 5903 Padre Roberto NW Albuquerque, NM 87107 | | Notes payable | | | | $302,500.00 |
| Pete Donohue 3056 Zion Street Englewood, CO 80111 | | Notes payable | | | | $26,171.64 |
| Resverlogix Corp #28 16 Midlake Blvd Calgary, Alberta T2X 2X7, Canada | | Notes payable | | | | $60,000.00 |
| Steve Katz 1881 Loins Ridge Road #14 Vail, CO 81657 | | Notes payable | | | | $452,874.81 |
| Thomas Hoffman 9605 S Kingston Ct #200 Englewood, CO 80112 | | Notes payable | | | | $35,850.00 |
| Tom Gleason 1605 Cottonwood Pt Rd Fort Collins, CO 80524 | | Notes payable | | | | $98,196.63 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy